UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORENZO TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3679** |
| **N. BURL CAIN, WARDEN** | **SECTION "K" (6)** |

### ORDER

In consideration of judicial efficiency,

**IT IS HEREBY ORDERED** that the referral to the Magistrate Judge is revoked and the instant matter is hereby **TRANSFERRED** to Section "C" of this Court for disposition.

New Orleans, Louisiana, this <u>16th</u> day of <u>   July   </u>, 2007.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Notify Counsel
and Pro Se Petitioner

JUL 17 2007

**TRANSFERRED TO SECT. C**

___ Fee_____
___ Process_____
_X_ Dkd_____
___ CtRmDep_____
___ Doc. No._____